# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

UNITED STATES OF AMERICA,

        Petitioner,        Case No. 05-MISC-51

    v.

DANIEL NAFFIER,

        Respondent.

## OPINION AND ORDER

        Having reviewed the submissions of the parties, the court ORDERS that the government's "Motion for Stay of Proceedings" (filed November 7, 2005) IS GRANTED. This action is stayed until the conclusion of the Respondent's Chapter 7 bankruptcy action.

        Done and Ordered in Chambers at the United States Courthouse, Milwaukee, Wisconsin, this 8th day of November, 2005.

                        s/ Thomas J. Curran
                        Thomas J. Curran
                        United States District Judge