# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

UNITED STATES OF AMERICA,

        Petitioner,        Case No. 05-MISC-51

v.

DANIEL NAFFIER,

        Respondent.

## OPINION AND ORDER

The court ORDERS that the Respondent's "Motion to Enlarge Term for Production" (filed November 4, 2005) IS DENIED because it is moot. Due to the Respondent's filing for bankruptcy, this action has been stayed.

Done and Ordered in Chambers at the United States Courthouse, Milwaukee, Wisconsin, this 8th day of November, 2005.

        s/ Thomas J. Curran
        Thomas J. Curran
        United States District Judge