# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

UNITED STATES OF AMERICA,

        Petitioner,        Case No. 05-MISC-51

        v.

DANIEL NAFFIER,

        Respondent.

## OPINION AND ORDER

Respondent Daniel Naffier having filed for bankruptcy protection and the court having stayed this action, there appears to be no reason at this time to maintain this file as an open case for statistical purposes. Therefore, the court ORDERS that the Clerk of Court submit a JS-6 Form to the Administrative Office of the United States Courts, thereby closing this case for statistical purposes.

IT IS FURTHER ORDERED that nothing in this order shall be considered a dismissal or disposition of this matter and either party may reopen this case at any time by advising the court and opposing counsel in writing that the automatic bankruptcy stay has been lifted and that the parties are ready to proceed with the case.

Done and Ordered in Chambers at the United States Courthouse, Milwaukee, Wisconsin, this 8th day of November, 2005.

        s/ Thomas J. Curran
        Thomas J. Curran
        United States District Judge